

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2015

No. 04-14-00827-CV

**PERSONAL TOUCH HOLDING CORP.**, and PT Intermediate Holding, Inc.,
Appellants

v.

**LMS CONSULTING, LLC**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-00450
Peter Sakai, Judge Presiding

## O R D E R

The Appellee's Unopposed Motion for Extension of Time to File Brief is GRANTED. The appellee's brief is due on March 4, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court